No. 03–814.   STEWART *v.* DUTRA CONSTRUCTION CO.   C. A. 1st Cir.   Motions of University of San Francisco Maritime Law Journal and Maritime Trades Department, AFL–CIO, for leave to file briefs as *amici curiae* granted.   Certiorari granted.

No. 03–418.   MARTINEZ *v.* UNITED STATES.   C. A. Fed. Cir. Certiorari denied.

No. 03–510.   BARBER *v.* TEXAS DEPARTMENT OF TRANSPORTATION ET AL.   Sup. Ct. Tex.   Certiorari denied.

No. 03–580.   PYLES, TRUSTEE OF THE PYLES TRUST *v.* CLARK COUNTY, NEVADA.   Sup. Ct. Nev.   Certiorari denied.

No. 03–595.   SINGER ET AL. *v.* CITY OF WACO, TEXAS; and
No. 03–765.   CITY OF WACO, TEXAS *v.* SINGER ET AL.   C. A. 5th Cir.   Certiorari denied.   Reported below: 324 F. 3d 813.

No. 03–617.   SCOLLON PRODUCTIONS, INC. *v.* OCHELTREE; and
No. 03–782.   OCHELTREE *v.* SCOLLON PRODUCTIONS, INC. C. A. 4th Cir.   Certiorari denied.   Reported below: 335 F. 3d 325.

No. 03–622.   MCNAB *v.* UNITED STATES; and
No. 03–627.   BLANDFORD ET AL. *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.   Reported below: 331 F. 3d 1228.

No. 03–634.   EDWARDS *v.* BANK OF NEW YORK ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 03–645.   KNOCK *v.* UNITED STATES; and
No. 03–1017.   MADRID *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.   Reported below: 71 Fed. Appx. 821.

No. 03–668.   BLAKE *v.* ROSERO.   Sup. Ct. N. C.   Certiorari denied.

No. 03–706.   OSLER INSTITUTE, INC. *v.* FORDE.   C. A. 7th Cir. Certiorari denied.

No. 03–708.   MORIARTY *v.* BRADT ET UX.   Sup. Ct. N. J.   Certiorari denied.